JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL K. ENTSUAH,<br><br>           Plaintiff,<br><br>      v.<br><br>FIRST INVESTORS<br>SERVICING CORP.,<br><br>           Defendants. | Case No. EDCV 10-00814<br>VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: July 19, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge